
IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| MICHAEL W. MELTON, | ) |
| Plaintiff, | ) |
| V. | ) CASE NO.: 5 : '05 CV- 116- R |
| CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD, | ) |
| Defendant. | ) |

'05 JU -3 P1:59

## COMPLAINT

### I. PARTIES AND JURISDICTION

1. The Plaintiff, Michael W. Melton, is an individual citizen and resident of Mt. Vernon, Illinois.

2. The Defendant, Canadian National/Illinois Central Railroad, is an Illinois corporation whose principal place of business is in Chicago, Illinois. The Defendant is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight.

3. The Plaintiff, at all times referred to herein, was an employee of the Defendant and was acting within the line and scope of his employment for the Defendant. The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

4. The incident which is the subject of this action occurred in Fulton, Kentucky.

5. This action is brought pursuant to the provisions of the Federal Employers Liability Act, 45 U.S.C., §51, et seq. This Court has jurisdiction pursuant to 28 U.S.C. §1331, in that this is an action arising under the laws of the United States.

## II. FACTS

6. On March 5, 2004, the Plaintiff, Michael W. Melton, was employed as a conductor for Defendant, Canadian National/Illinois Central Railroad at the Defendant's railroad yard in Fulton, Kentucky. On that date, Mr. Melton had lined various railroad switches to direct a train through the railroad yard. Unknown to the Plaintiff, after the Plaintiff has properly aligned the railroad switches, another railroad vehicle went through one of the switches and left it improperly aligned. As the Plaintiff was watching his train's progress, he discovered the improperly aligned switch. The Plaintiff attempted to cross a ditch to realign the switch before a derailment occurred. As he was attempting to cross the ditch, he twisted his knee and suffered a severe and permanent injury.

## III. FIRST CAUSE OF ACTION

7. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligence of the Defendant, Canadian National/Illinois Central Railroad, its agents, servants or employees while acting within the line and scope of their employment for said Defendant, or by reason of a defect or insufficiency due to the Defendant's negligence in its operating practices and safety practices at the time and Plaintiff where Plaintiff suffered the above mentioned injuries and damages.

## IV. SECOND CAUSE OF ACTION

8. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

## V. DAMAGES

11.     The Plaintiff avers that as a direct result of the negligence of the Defendant, he has been caused to suffer the following injuries and damages:

    (a)     Past lost wages;

    (b)     Future lost wages and fringe benefits;

    (c)     Impairment of earning capacity;

    (d)     Past and future physical pain and mental anguish;

    (e)     Past and future medical expenses.

12.     As damages, the Plaintiff claims of the Defendant the sum of One Million Dollars ($1,000,000.00).

## VI. JURY DEMAND

13.     The Plaintiff demands a trial by a jury.

WHEREFORE, the Plaintiff prays for a trial by jury, that summons issue, that judgment be entered in favor of him and against the Defendant and that the following relief be granted:

    (a)     That the Plaintiff be awarded damages in an amount to fully and fairly compensate him for his injuries;

    (b)     That the cost of this action be assessed against the Defendant.

    (c)     That this Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

*/s/ James H. Wettermark*

James H. Wettermark
WETTERMARK HOLLAND KEITH & BARBER LLC
2101 Highland Avenue South, Suite 750
Birmingham, Alabama 35205
Phone: (205)933-9500

**SERVE DEFENDANT AT:**
Canadian National/Illinois Central Railroad
CT Corporation System
Kentucky Home Life Building
Louisville, KY  40202